UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JENNA B. LEBRON, PERSONALLY AND AS PERSONAL REPRESENTATIVE OF THE DECEASED, ARTURO I. LEBRON, AS TUTRIX OF THE MINORS, L.R. LEBRON AND L.A. LEBRON, AND THE MAJORS, ALFREDO O. LEBRON AND LUISA J. LEBRON | * | CIVIL ACTION NO. 6:12-CV-01901 |
| | * | JUDGE RICHARD T. HAIK |
| VERSUS | | |
| ENSCO OFFSHORE COMPANY AND ENERGY XXI GOM, LLC | | |
| | * | MAGISTRATE JUDGE PATRICK HANNAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF DAMAGES NOT RECOVERABLE UNDER DOHSA**

**NOW INTO COURT**, through the undersigned counsel, comes defendants, Ensco Offshore Company and Energy XXI GOM, LLC, and hereby seek the entry of an order, pursuant to Rules 401 and 402 of the Federal Rules of Evidence, excluding all testimony and evidence of Plaintiffs' non-pecuniary damages which are not recoverable under DOHSA.

**WHEREFORE**, Defendants pray for the entry of an order in their favor as outlined above.

Respectfully submitted,

*/s/ Ross Cunningham*
Ross Cunningham
State Bar No. 24007062
Bryan P. Rose
State Bar No. 24044704
**ROSE·WALKER, L.L.P.**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  214.752.8600
Facsimile:   214.752.8700

*/s/ Randall Theunissen*
Randall K. Theunissen (Louisiana Bar No. 12727)
ALLEN & GOOCH, A LAW CORPORATION
2000 Kaliste Saloom Road, Suite 400
P.O. Box 81129
Lafayette, LA 70598-1129
337.291.1240 – Telephone
337.291.1245 – Facsimile
randytheunissen@allengooch.com

**ATTORNEY FOR PHI, INC., AND ALLIANZ GLOBAL CORPORATE AND SPECIALTY AG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this 18th day of March, 2014 via this Court's ECF filing system.

/s/ Bryan P. Rose
Bryan P. Rose